UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                                      Plaintiff,                        **22 Civ. No. 4215 (CM) (GS)**

              -against-                           **PRE-SETTLEMENT
                                                                                CONFERENCE ORDER**

WORLDWIDE LOGISTICS LIMITED,
TOPOCEAN CONSOLIDATION
SERVICE (LOS ANGELES) INC. and
DE WELL CONTAINER SHIPPING,
INC.,

                                     Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference on **Wednesday, February 7, 2024 at 3:00 p.m.** to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 690 228 785#.**

       SO ORDERED.

DATED:    New York, New York
                January 30, 2024

                                                                                       The Honorable Gary Stein
                                                                                       United States Magistrate Judge